UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS,<br><br>        Plaintiff,<br><br>v.<br><br>HEALTHCARE REALTY TRUST INC., JOHN KNOX SINGLETON, TODD J. MEREDITH, JOHN V. ABBOTT, NANCY H. AGEE, EDWARD H. BRAMAN, AJAY GUPTA, JAMES J. KILROY, PETER F. LYLE, and CHRISTANN M. VASQUEZ,<br><br>        Defendants. | Case No. 1:22-cv-02916 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 18, 2022

                                         **RIGRODSKY LAW, P.A.**

                                         By: /s/ *Gina M. Serra*
                                               Gina M. Serra
                                               825 East Gate Boulevard, Suite 300
                                               Garden City, NY 11530
                                               (516) 683-3516
                                               gms@rl-legal.com

                                         *Attorneys for Plaintiff*


SO ORDERED.

**s/ WFK**

———————————————
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2022
       Brooklyn, New York